IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01936-BNB

ERNEST MEDINA,

    Plaintiff,

v.

JOHN DOE, Denver County Sheriff, and
JOHN DOE, Messianic Spiritual Advisor,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a motion (ECF No. 10) on September 9, 2013, asking the Court to enter sanctions against Defendants because they failed to provide him with a certified copy of his trust fund account statement as required by the amended order to cure (ECF No. 7) of August 13, 2013.  The motion for sanctions is DENIED.  Plaintiff must obtain from his current institution a certified account statement for the six-month period immediately preceding this filing.  If prison officials refuse Plaintiff's request to obtain a certified account statement that complies with the directives of the August 13 amended order, he must provide the Court with written documentation demonstrating the prison officials' denial.  Plaintiff will be allowed **twenty (20) days from the date of this minute order** in which to comply with the August 13 amended order as directed.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  September 13, 2013